Per curiam.

---

**Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Ida Dubnow, appellant. Gen. No. 29,734.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,713, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

**Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Eva Jacobs, appellant. Gen. No. 29,735.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,713, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

**Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Anna Berenbaum, appellant. Gen. No. 29,736.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,713, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.

---

**Graceline Dress Company et al., complainants and appellees, v. Joint Board of Chicago Locals et al., defendants, on appeal In re Rose Onofrio, appellant. Gen. No. 29,737.**

Contempt for violation of injunction. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,713, *ante.* Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.